**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE S. DASHTI,<br>Plaintiff,<br>v.<br>PAC FILL, INC. d/b/a SUN DAIRY,<br>Defendants. | Case No. CV 26-8674 PA (BFMx)<br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's September 25, 2026 Minute Order granting the Motion to Dismiss filed by defendant Pac Fill, Inc. d/b/a/ Sun Dairy Company and declining to exercise jurisdiction over this Declaratory Judgment Action filed by plaintiff Steve S. Dashti,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and without leave to amend.

DATED: September 25, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE